IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>FREDDIE RAMOS ORTIZ<br><br>Defendant | CRIMINAL NO. 19-355 (CC-BJM) |

**MOTION FOR LEAVE TO REPLY**

TO THE HONORABLE BRUCE J. MCGIVERIN
UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF PUERTO RICO.

    **COMES NOW** the defendant, FREDDIE RAMOS ORTIZ, through the undersigned attorney and very respectfully states and prays as follows:

    1.    The government filed a response in opposition to our motion to quash the search warrant issued in 19-1603 on Friday, August 16 at docket 45.

    2.    Local rule 7(c) allows the defendant 7 days to ask for leave to file a reply. The defendant has been working on his reply to the motion filed at 45 and requests leave of court to reply to the arguments alleged therein until Thursday, August 22 to reply.

WHEREFORE it is respectfully requested the court allow the defendant, Freddie Ramos Ortiz, to file a reply until Thursday, August 22, 2019.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, in the 19th day of August, 2019.

*s/LAURA MALDONADO RODRIGUEZ*
LAURA MALDONADO RODRIGUEZ
USDC-PR BAR - 205701
PO Box 11533
San Juan, PR 00922
787-413-7771
lmr7771@aol.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this MOTION was filed through the CM/ECF system. The U.S. Attorney's Office for the District of Puerto Rico is designated as the party to be notified through the system.

In San Juan, Puerto Rico, in the 19th day of August, 2019.

*s/LAURA MALDONADO RODRIGUEZ*
LAURA MALDONADO RODRIGUEZ
USDC-PR BAR - 205701
PO Box  11533
San Juan, PR  00922
787-413-7771
lmr7771@aol.com
