IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CRIMINAL NO.  19-355 (CCC-GAG) |
| | * | |
| FREDDIE RAMOS ORTIZ (3) | * | |
| Defendant. | * | |
| | * | |

**MOTION IN COMPLIANCE WITH ORDER (DE 102)
REGARDING CASE STATUS**

TO THE HONORABLE GUSTAVO A. GELPI,
CHIEF JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO.

Defendant FREDDIE RAMOS ORTIZ by his attorney Laura Maldonado Rodríguez respectfully informs of the status of his case.

1. The defendant has received two discovery packages that are being reviewed by him and his counsel.

2. At the moment, the defendant has proceedings pending before Honorable Magistrate Judge Marshal Morgan, regarding his request to quash a search warrant issued to obtain DNA, hair and fingerprint exemplars from him.

3. A hearing was held on October 3 and briefing by the parties is pending.

4. The process of gathering information and developing mitigation was delayed, but is underway after the court granted our motions to appoint necessary experts.

5.   We understand the government is yet to produce more discovery, for example, the raw data for the cell-site information provided was requested and is still pending.

6.   It is suggested that a follow-up status conference be set within the next 45 days.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on the 14th day of October of 2019.

>Laura Maldonado Rodriguez
>USDC-PR 205701
>lmr7771@aol.com
>P. O. Box 11533
>San Juan, Puerto Rico 00922-1533
>Tel. (787) 413-7771

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this MOTION was filed through the CM/ECF system and served on all designated parties.

In San Juan, Puerto Rico this 14th day of October of 2019.

*S/ Laura Maldonado Rodriguez*
LAURA MALDONADO RODRIGUEZ
USDC-PR 205701
lmr7771@aol.com
P. O. BOX 11533
SAN JUAN, P. R. 00922-1533
T. 787-413-7771