## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CRIMINAL NO. 19-355 (FAB) |
| | * | |
| ANGEL LOPEZ-ZAYAS (1), | * | |
| RICARDO PEREZ-DELGADO (2), | * | |
| FREDDIE RAMOS-ORTIZ (3), | * | |
| JADIEL TORRES-RIJOS (4) | * | |
| Defendant. | * | |
| _____ | * | |

## STATUS REPORT

TO THE HONORABLE FRANCISCO A. BESOSA,
JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO.

**COME NOW** the parties and report on the status of the above-captioned case.

1. The parties are engaged in plea negotiations.

2. The defendants need time to examine all of the discovery provided and respond to the government's proposal.

RESPECTFULLY REPORTED.

In San Juan, Puerto Rico this 25th day of August, 2020.

                                                S/ Laura Maldonado Rodriguez
                                                USDC-PR 205701
                                                lmr7771@aol.com
                                                P. O. BOX 11533
                                                SAN JUAN, P. R. 00922-1533
                                                Tel. 787-413-7771

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this MOTION was filed through the CM/ECF system. The U.S. Department of Justice attorneys and/or the U.S. Attorney's Office for the District of Puerto Rico are designated as the parties to be notified through the system.

In San Juan, Puerto Rico this 25th day of August, 2020.

*S/ Laura Maldonado Rodriguez*
LAURA MALDONADO RODRIGUEZ
USDC-PR 205701
lmr7771@aol.com
P. O. BOX 11533
SAN JUAN, P. R. 00922-1533
T. 787-413-7771