# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CRIMINAL NO. 19-355 (FAB) |
| | * | |
| FREDDIE RAMOS ORTIZ (3) | * | |
| Defendant. | * | |
| | * | |

## INFORMATIVE MOTION

TO THE HONORABLE FRANCISCO A. BESOSA,
JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO.

NOW COMES Mr. Ramos Ortiz respectfully requesting that the hearing to change his guilty plea be held in presence of the parties, family and general public. At this time, he does not consent to enter a plea via video teleconferencing.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 14th day of April, 2021.

*S/Laura Maldonado Rodriguez*
LAURA MALDONADO RODRIGUEZ
USDC-PR 205701
P. O. BOX 11533
SAN JUAN, P. R. 00922-1533
TEL. (787) 413-7771

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this MOTION was filed through the CM/ECF system and served on all designated parties.

In San Juan, Puerto Rico this 14th day of April, 2021.

*S/ Laura Maldonado Rodriguez*
LAURA MALDONADO RODRIGUEZ
USDC-PR 205701
lmr7771@aol.com
P. O. BOX 11533
SAN JUAN, P. R. 00922-1533
T. 787-413-7771
