# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CRIMINAL NO. 19-355 (FAB) |
| | * | |
| FREDDIE RAMOS ORTIZ (3) | * | |
| Defendant. | * | |
| | * | |

## MOTION TO CONTINUE
## THE SENTENCING HEARING

TO THE HONORABLE FRANCISCO A. BESOSA,
JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO.

**COMES NOW** defendant FREDDIE RAMOS ORTIZ (3) through the undersigned attorney, and very respectfully states and prays:

1. The sentencing hearing has been set for February 17, 2022.

2. Counsel for Mr. Ramos Ortiz recently arrived from outside the jurisdiction and needs time to review some documents and file her sentencing memorandum.

3. Counsel also needs to visit with Mr. Ramos Ortiz at the MDC Guayanbo to discuss the content of the proposed memorandum.

4. This case is complex and entails the possibility of a lengthy jail sentence. It is counsel's responsibility to verify and complete the memorandum with as much information as possible.

FOR THE ABOVE STATED REASONS it is respectfully requested that the sentencing hearing be moved for the March 1, 2 or 3 in the morning.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 14th of February, 2022.

*S/Laura Maldonado Rodriguez*
LAURA MALDONADO RODRIGUEZ
USDC-PR 205701
P. O. BOX 11533
SAN JUAN, P. R. 00922-1533
TEL. (787) 413-7771

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this MOTION was filed through the CM/ECF system and served on all designated parties.

In San Juan, Puerto Rico this 14th day of February, 2022.

*S/ Laura Maldonado Rodriguez*
LAURA MALDONADO RODRIGUEZ
USDC-PR 205701
lmr7771@aol.com
P. O. BOX 11533
SAN JUAN, P. R. 00922-1533
T. 787-413-7771
