19 Abril 2022

A: Sr. Francisco A. Besosa
De: Freddie Ramos Peña
RE: Freddie Ramos Ortiz
   (Nieto)

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
OSJ '22 ABR 26 AM 10:24

¡Saludos! Me dirijo a usted con alto respeto a su posición como Juez Federal en Puerto Rico, una gran responsabilidad en medio de nuestro pueblo. Para su conocimiento soy abuelo paterno de Freddie Ramos Ortiz confinado federal, acusado de graves delitos. Estoy consciente de su posición ante la corte Federal. Pero deseo hablarle del joven que conozco desde su nacimiento. Nació entre 10 niños contaminados con una bacteria, seis de ellos murieron y cuatro salvaron sus vidas incluyéndolo. Tuvo una niñez difícil en un hogar disfuncional, sin planificación, con problemas económicos, emocionales y otros. En presentó una niñez sin papá presente. Sus logros académicos y

personales fueron afectados por esto. Siempre intentó superarse, estoy seguro que la frustración y metas no alcanzadas le afectaron. Ahora enfrenta un juicio de mucha responsabilidad legal. Los errores que cometemos tienen consecuencias. Jesús murió por nuestros pecados, no por las consecuencias. Dentro de su mejor juicio, mirando todos los agravantes le soliato clemencia en su sentencia. Estamos seguros que esto cambiará profundamente la vida de Fredolie y su familia que le ama. Es joven y dentro de lo que tenga que cumplir oramos para que su vida sea transformada. Con respeto y responsabilidad cristiana oramos por él y por la familia del difunto. "Dios le bendiga siempre".

Freddie Ramos Pérez